| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | 3:04CR80-001 |
| | | DOCKET NUMBER (Rec. Court) |
| | | 12-80016-TP-MARRA |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| William J. Abraczinskas<br>Southern District of Florida-West Palm Beach Division | Florida Northern | Pensacola |
| | NAME OF SENTENCING JUDGE | |
| FILED by ___ D.C.<br>AUG 29 2012<br>STEVEN M. LARIMORE<br>CLERK U.S. DIST. CT.<br>S.D. OF FLA. - W.P.B. | The Honorable M. Casey Rodgers<br>Chief United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/18/2012 — TO 01/17/2015 |
| OFFENSE | | |
| Escape, in violation of 18 U.S.C. §§ 751(T) and 2 | | |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF FLORIDA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

6-27-2012
*Date*

*M. Casey Rodgers*
*Chief United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/6/12
*Effective Date*

*United States District Judge*

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: _____
Deputy Clerk

NORTHERN DISTRICT OF FLORIDA
Probation and Pretrial Services

# MEMORANDUM



**DATE:** August 15, 2012

**REPLY TO ATTN OF:** Larry J. Gibbs, Administrative
Supervising U.S. Probation Officer
Pensacola, Florida

**SUBJECT:** **ABRACZINSKAS, William J.**
**Docket No.: 3:04CR80-001**
**TRANSFER OF JURISDICTION**

**TO:** Clerk's Office
Pensacola, Florida

Attached please find Probation Form 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our Court to the United States District Court for the Southern District of Florida, West Palm Beach Division. Chief U.S. District Judge M. Casey Rodgers ordered the jurisdiction transfer on June 27, 2012, and U.S. District Judge Donald M. Middlebrooks accepted the transfer of jurisdiction on August 6, 2012.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office in West Palm Beach, Florida.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 203.

LJG/mc

Attach.: Probation Form 22

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS

Page 1 of 7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By: _____
Deputy Clerk

**UNITED STATES OF AMERICA**

-vs-

**WILLIAM J. ABRACZINSKAS**

Case # 3:04cr80-001/MCR

USM # 67975-004

**Defendant's Attorney:**
Spiro T. Kypreos (Appointed)
3 West Garden Street, Suite 367
Pensacola, Florida 32502

## JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Count 1 of the Indictment on September 10, 2004. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 751(1) and 2 | Escape | June 9, 2004 | One |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
November 23, 2004

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

04 DEC -2 PM  3:

FILED

_____
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

Date Signed: December 2nd, 2004

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS*                               Page 2 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **15 months as to Count 1. This term shall run consecutively to Southern District of Florida Case No. 01-1054-CR-HUCK.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS*                                                          *Page 3 of 7*

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years as to Count 1 to run concurrently with SD/FL Case No. 01-1054-HUCK.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime and shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1. The defendant shall not leave the judicial district without the permission of the court or probation officer;

2. The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. The defendant shall support his or her dependents and meet other family responsibilities;

5. The defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7. The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS*                                                                   *Page 4 of 7*

10. The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12. The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. As deemed necessary by the probation officer, the defendant shall participate in a program of drug and/or alcohol treatment to include testing to determine if the defendant is using drugs or if the defendant is using alcohol to excess.

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS*

*Page 5 of 7*

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____
Defendant

_____
Date

_____
U.S. Probation Officer/Designated Witness

_____
Date

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS*                                                  Page 6 of 7

# CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

## SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $100.00 | Waived | None |

## SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$100.00** is imposed.

No fine imposed.

No restitution imposed.

FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:04cr80-001/MCR - WILLIAM J. ABRACZINSKAS

Page 7 of 7

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties in full immediately

Breakdown of fine and other criminal penalties is as follows:
Fine: Waived   SMA: $100.00   Restitution: None   Cost of Prosecution: None

**The $100.00 monetary assessment shall be paid immediately.** Any payments of the monetary assessment and the fine made while the defendant is incarcerated shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. The remaining balance shall be paid as follows: The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits

By: _____
Deputy Clerk

UNITED STATES OF AMERICA

v.

WILLIAM J. ABRACZINSKAS
and
JOSE IGNACIO MACIA

INDICTMENT

3:04cr80/MCR

THE GRAND JURY CHARGES:

COUNT ONE

That on or about June 9, 2004, in the Northern District of Florida, the defendants,

**WILLIAM J. ABRACZINSKAS
and
JOSE IGNACIO MACIA,**

did knowingly escape from custody at Federal Prison Camp Saufley Field, Pensacola, Florida, a facility in which they were lawfully confined at the direction of the Bureau of Prisons, by virtue of Judgment and Commitment Orders entered by the United States District Court for the Southern District of Florida, upon conviction for the commission of the felony offenses of Conspiracy to Commit Money Laundering and Money Laundering in the case of **WILLIAM J. ABRACZINSKAS** and upon conviction for the commission of the felony offenses of Conspiracy to Commit Bank Fraud, Mail Fraud, Wire Fraud and

FILED IN OPEN COURT THIS

_____7/21/04_____

C:...

to Make False Statements to Federally Insured Financial Institutions, Bank Fraud (four counts) and Wire Fraud (five counts) in the case of **JOSE IGNACIO MACIA**.

All in violation of Title 18, United States Code, Sections 751(a) and 2.

## SENTENCING ALLEGATIONS

As a result of their commission of the offense alleged in this Indictment, including all relevant conduct that occurred during the commission of the offense, and pursuant to the provisions of Title 18, United States Code, Section 3553, and Section 1B1.3 of the United States Sentencing Guidelines, the defendants, shall be sentenced to a term of imprisonment based upon the category applicable to the offense and the category applicable to the defendants as set forth in the guidelines issued by the Sentencing Commission pursuant to Title 28, United States Code, subject to any amendments made to such guidelines.

A TRUE BILL:

_____
FOREPERSON

07-20-04
DATE

_____
GREGORY R. MILLER
United States Attorney

_____
LEAH ANN BUTLER
Assistant United States Attorney

CLOSED

U.S. District Court
Northern District of Florida (Pensacola)
CRIMINAL DOCKET FOR CASE #: 3:04-cr-00080-MCR-1
Internal Use Only

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits
By: _____ Deputy Clerk

Case title: USA v. ABRACZINSKAS et al

Date Filed: 07/21/2004
Date Terminated: 05/02/2006

Assigned to: CHIEF JUDGE M CASEY RODGERS

Appeals court case numbers: '04-16532-G', '06-12811-C'

### Defendant (1)

**WILLIAM J ABRACZINSKAS**
*TERMINATED: 05/02/2006*

represented by **RYAN THOMAS TRUSKOSKI**
RYAN THOMAS TRUSKOSKI PA - ORLANDO FL
PO BOX 568005
ORLANDO, FL 32856-8005
407-841-7676
Fax: 407-850-0374
Email: Rtrusk1@aol.com
*TERMINATED: 03/08/2006*
*LEAD ATTORNEY*
Designation: CJA Appointment

**SPIRO T KYPREOS**
SPIRO T KYPREOS PA - PENSACOLA FL
3 WEST GARDEN STREET
STE 367
PENSACOLA, FL 32501
850-433-2185
Fax: 850-433-0922
Email: spiro@kypreos.gccoxmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts
PRISONER IN CUSTODY OF INSTITUTION OR OFFICER
(1)

### Disposition
Custody of BOP for 15 months, to run consecutive to SD/FL case #01-1054-CR-HUCK; supervised release 3 years, fine waived and $100 SMA

### Highest Offense Level (Opening)
Felony

### Terminated Counts
None

### Disposition

### Highest Offense Level (Terminated)
None

### Complaints
None

### Disposition

**Plaintiff**

USA      represented by **LEAH ANN BUTLER**
US ATTORNEY - PENSACOLA FL
21 E GARDEN ST
STE 400
PENSACOLA, FL 32502
850/444-4000
Fax: 850/434-9050
Email: leah.butler@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | | Docket Text |
|---|---|---|---|
| 07/21/2004 | 🔒 | 1 | INDICTMENT as to WILLIAM J ABRACZINSKAS (1) count(s) 1, JOSE IGNACIO MACIA (2) count(s) 1. (sps, Pensacola) (Entered: 07/26/2004) |
| 07/21/2004 | 🔒 | 2 | CRIMINAL COVER SHEET by USA as to WILLIAM J ABRACZINSKAS (copy to US Marshal) (sps, Pensacola) (Entered: 07/26/2004) |
| 08/04/2004 | 🔒 | 9 | Minute Entry for proceedings held before Judge ELIZABETH M TIMOTHY :Initial Appearance as to WILLIAM J ABRACZINSKAS held on 8/4/2004 (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 🔒 | 10 | CJA 23 Financial Affidavit by WILLIAM J ABRACZINSKAS (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 🔒 | 11 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to WILLIAM J ABRACZINSKAS . Signed by Judge ELIZABETH M TIMOTHY on 8/4/04. (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 🔒 | 12 | ORDER OF DETENTION - HEARING WAIVED as to WILLIAM J ABRACZINSKAS . Signed by Judge ELIZABETH M TIMOTHY on 8/4/04. (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/04/2004 | 🔒 | 13 | Minute Entry for proceedings held before Judge ELIZABETH M TIMOTHY :Arraignment as to WILLIAM J ABRACZINSKAS (1) Count 1 held on 8/4/2004 (Court Reporter Kim Rodgers (Anchor).) (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/06/2004 | | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge Rodgers notified that action is needed Re: 13 Arraignment, 8 Arraignment (scheduling order needed) (ijm, Pensacola) (Entered: 08/06/2004) |
| 08/06/2004 | 🔒 | 15 | ORDER SETTING TRIAL AND OTHER PRE-TRIAL MATTERS as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA Jury Trial set for 9/27/2004 08:30 AM in Courtroom 4 before District Judge M CASEY RODGERS.. Signed by Judge M CASEY RODGERS on 8/6/04. (sps, Pensacola) (Entered: 08/06/2004) |
| 08/25/2004 | 🔒 | 16 | CJA 20 as to WILLIAM J ABRACZINSKAS : Appointment of Attorney SPIRO T KYPREOS for WILLIAM J ABRACZINSKAS. . Signed by Clerk on 8/25/04. (jra, Pensacola) (Entered: 08/25/2004) |
| 09/09/2004 | 🔒 | 18 | NOTICE OF HEARING as to WILLIAM J ABRACZINSKAS Change of Plea Hearing set for 9/10/2004 01:15 PM in Courtroom 4 South before District Judge M CASEY RODGERS. (sps, Pensacola) (Entered: 09/09/2004) |
| 09/10/2004 | 🔒 | 19 | STATEMENT OF FACTS by USA as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA (sps, Pensacola) (Entered: 09/11/2004) |
| 09/10/2004 | 🔒 | 20 | Minute Entry for proceedings held before Judge M CASEY RODGERS :Change of Plea Hearing as to WILLIAM J ABRACZINSKAS held on 9/10/2004 (Court Reporter Gwen Kesinger.) (sps, Pensacola) (Entered: 09/13/2004) |
| 09/10/2004 | | 22 | Minute Entry for proceedings held before Judge M CASEY RODGERS :Plea entered by WILLIAM J ABRACZINSKAS (1) Guilty Count 1 and JOSE IGNACIO MACIA (2) Guilty Count 1. (Court Reporter Gwen Kesinger.) (sps, Pensacola) (Entered: 09/13/2004) |

| | | | |
|---|---|---|---|
| 09/13/2004 | 🔒 | 23 | NOTICE OF HEARING as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA Sentencing set for 11/23/2004 05:00 PM in Courtroom 4 North before District Judge M CASEY RODGERS. (sps, Pensacola) (Entered: 09/13/2004) |
| 10/06/2004 | 🔒 | 24 | AMENDED NOTICE OF HEARING Sentencing reset for 11/23/2004 02:00 PM in Courtroom 4 North (Pensacola) before District Judge M CASEY RODGERS. (sps, Pensacola) (Entered: 10/06/2004) |
| 10/29/2004 | 🔒 | 25 | PSR Letter as to WILLIAM J ABRACZINSKAS (sps, Pensacola) (Entered: 10/29/2004) |
| 11/10/2004 | | 27 | MOTION and Affidavit to Discharge Court Appointed(Spiro Kypreos) by WILLIAM J ABRACZINSKAS (filed pro se). (sps, Pensacola) (Entered: 11/17/2004) |
| 11/10/2004 | | 28 | MOTION to Dismiss Indictment with Prejudice and MOTION to Withdraw Plea of Guilty by WILLIAM J ABRACZINSKAS (filed pro se). (sps, Pensacola) (Entered: 11/17/2004) |
| 11/10/2004 | 🔒 | | (Court only) ***Staff Notes as to WILLIAM J ABRACZINSKAS Address on envelope of pro se documents filed (#27 & #28) is #6795004 Federal Detention Center, 501 Capitol Circle NE, Tallahassee, FL 32301. (sps, Pensacola) (Entered: 11/17/2004) |
| 11/17/2004 | | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed Re: 27 MOTION to Withdraw as Attorney by Spiro Kypreos. filed by WILLIAM J ABRACZINSKAS, 28 MOTION to Dismiss MOTION to Withdraw Plea of Guilty filed by WILLIAM J ABRACZINSKAS (sps, Pensacola) (Entered: 11/17/2004) |
| 11/20/2004 | | 29 | NOTICE OF HEARING ON MOTION in case as to WILLIAM J ABRACZINSKAS 27 MOTION to Withdraw as Attorney by Spiro Kypreos., 28 MOTION to Dismiss MOTION to Withdraw Plea of Guilty: Motion Hearing set for 11/22/2004 02:00 PM in Courtroom 4 before District Judge M CASEY RODGERS. [Sentencing hearing changed to a motions hearing.](sps, Pensacola) (Entered: 11/20/2004) |
| 11/23/2004 | | 32 | RESPONSE to Motion by USA as to WILLIAM J ABRACZINSKAS re 28 MOTION to Dismiss MOTION to Withdraw Plea of Guilty *and to Dismiss Indictment with Prejudice* (BUTLER, LEAH) (Entered: 11/23/2004) |
| 11/23/2004 | | 33 | RESPONSE to Motion by USA as to WILLIAM J ABRACZINSKAS re 27 MOTION to Withdraw as Attorney by Spiro Kypreos. (BUTLER, LEAH) (Entered: 11/23/2004) |
| 11/23/2004 | | 34 | Minute Entry for proceedings held before Judge M CASEY RODGERS :Motions Hearing as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA held on 11/23/2004. Court DENIES 27 MOTION to Withdraw as Attorney (re: Spiro Kypreos) and DENIES 28 MOTION to Dismiss Indictment & MOTION to Withdraw Plea of Guilty filed by WILLIAM J ABRACZINSKAS (pro se). Court DENIES 30 MOTION to Withdraw as Attorney (re: Kafahni Nkrumah)and DENIES 31 MOTION to Dismiss Indictment & MOTION to Withdraw Plea of Guilty filed by JOSE IGNACIO MACIA (pro se). See separate orders to follow. Sentencing proceedings followed - see separate minutes. (Court Reporter Gwen Kesinger.) (sps, Pensacola) (Entered: 11/30/2004) |
| 11/23/2004 | | 35 | Minute Entry for proceedings held before Judge M CASEY RODGERS :Sentencing held on 11/23/2004 for WILLIAM J ABRACZINSKAS (1), Count(s) 1, Custody of BOP for 15 months, supervised release 3 years, fine waived and $100 SMA. Court directs clerk to file notice of appeal on behalf of defendant. See formal judgment. (Court Reporter Gwen Kesinger.) (sps, Pensacola) (Entered: 11/30/2004) |
| 11/23/2004 | | 37 | NOTICE OF APPEAL as to sentencing hearing 11/23/04 by clerk on behalf of WILLIAM J ABRACZINSKAS per court order. Transcript Order Form due by 12/23/2004 (sps, Pensacola) (Entered: 11/30/2004) |
| 11/29/2004 | | 39 | ORDER denying 27 Motion to Withdraw as Attorney (re: Spiro Kypreos) filed pro se by defendant WILLIAM J ABRACZINSKAS (1) -- for reasons stated on the record at hearing. Signed by Judge M CASEY RODGERS on 11/29/04. (sps, Pensacola) (Entered: 11/30/2004) |
| 11/29/2004 | | 40 | ORDER denying 28 Motion to Dismiss Indictment and denying 28 Motion to Withdraw Plea of Guilty as to WILLIAM J ABRACZINSKAS (1)-- for reasons stated on the record at hearing. Signed by Judge M CASEY RODGERS on 11/29/04. (sps, Pensacola) (Entered: 11/30/2004) |
| 12/02/2004 | | 43 | JUDGMENT as to WILLIAM J ABRACZINSKAS (1), Count(s) 1, Custody of BOP for 15 months, supervised release 3 years, fine waived and $100 SMA . Signed by Judge M CASEY |

| | | |
|---|---|---|
| | | RODGERS on 12/02/04. (sps, Pensacola) (Entered: 12/03/2004) |
| 12/03/2004 | 🔒 | (Court only) ***Criminal Case Terminated (sps, Pensacola) (Entered: 12/03/2004) |
| 12/10/2004 | 45 | NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS (KYPREOS, SPIRO) Modified on 12/14/2004 (djb, Pensacola). (Entered: 12/10/2004) |
| 12/14/2004 | 46 | Transmission of Notice of Appeal and Docket Sheet as to WILLIAM J ABRACZINSKAS to US Court of Appeals re 45 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 12/14/2004) |
| 12/21/2004 | 48 | USCA Case Number as to WILLIAM J ABRACZINSKAS 04-16532-G for 45 NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS (djb, Pensacola) (Entered: 12/21/2004) |
| 12/21/2004 | 49 | USCA PROCEDURAL LETTER re: 45 NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-G (djb, Pensacola) (Entered: 12/21/2004) |
| 12/29/2004 | | Appeal Deadlines Terminated Transcript order forms not received as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA re 38 Notice of Appeal - Final Judgment filed by JOSE IGNACIO MACIA, 45 Notice of Appeal - Final Judgment filed by WILLIAM J ABRACZINSKAS. (djb, Pensacola) (Entered: 12/29/2004) |
| 12/30/2004 | 53 | TRANSCRIPT REQUEST by WILLIAM J ABRACZINSKAS for proceedings held on 9/10/2004 and 11/23/2004 before Judge M. Casey Rodgers, re 45 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 01/03/2005) |
| 01/04/2005 | 55 | TRANSCRIPT Acknowledgement - Part II re 45 Notice of Appeal - Final Judgment Court Reporter:Gwen Kesinger Transcript due by 2/3/2005. (djb, Pensacola) (Entered: 01/05/2005) |
| 01/10/2005 | 57 | MOTION to Withdraw as Attorney by Spiro T. Kypreos. by WILLIAM J ABRACZINSKAS. (KYPREOS, SPIRO) (Entered: 01/10/2005) |
| 01/10/2005 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed Re: 57 MOTION to Withdraw as Attorney by Spiro T. Kypreos. filed by WILLIAM J ABRACZINSKAS, (djb, Pensacola) (Entered: 01/10/2005) |
| 01/11/2005 | 58 | CJA 20 as to WILLIAM J ABRACZINSKAS: Authorization to Pay Spiro T. Kypreos. Voucher # 050105000166. Signed by Judge M CASEY RODGERS on 1/3/05. (mbs, Tallahassee) (Entered: 01/12/2005) |
| 01/11/2005 | 59 | ORDER granting 57 Motion to Withdraw as Attorney. SPIRO T KYPREOS withdrawn from case as to WILLIAM J ABRACZINSKAS (1). The relief requested is GRANTED. The Federal Public Defender shall promptly reassign this matter to Ryan Truskoski for further representation of defendant. Signed by Judge M CASEY RODGERS on 1/11/2005. (Copy sent to the Federal Public Defender's office) (djb, Pensacola) (Entered: 01/12/2005) |
| 01/12/2005 | 60 | USDC LETTER Transmitting 59 ORDER granting 57 Motion to Withdraw as Attorney by SPIRO KYPREOS as to WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-G (djb, Pensacola) (Entered: 01/12/2005) |
| 01/24/2005 | 🔓 63 | TRANSCRIPT (Plea) filed as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA for dates of 9/10/2004 before Judge M. Casey Rodgers, re 38 Notice of Appeal - Final Judgment, 45 Notice of Appeal - Final Judgment Court Reporter: Gwen Kesinger. (djb, Pensacola) (Entered: 01/25/2005) |
| 01/24/2005 | 🔓 64 | TRANSCRIPT (Sentencing) filed as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA for dates of 11/23/2004 before Judge M. Casey Rodgers, re 38 Notice of Appeal - Final Judgment, 45 Notice of Appeal - Final Judgment Court Reporter: Gwen Kesinger. (djb, Pensacola) (Entered: 01/25/2005) |
| 01/25/2005 | 66 | USCA PROCEDURAL LETTER re: 45 NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-G (djb, Pensacola) (Entered: 01/27/2005) |
| 01/25/2005 | 67 | USCA Acknowledgement 59 Order on Motion to Withdraw as Attorney, as to WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-G (djb, Pensacola) (Entered: 01/27/2005) |
| 01/26/2005 | 68 | NOTICE of Filing Transcripts (on 1/24/2005) by Court Reporter in District Court - re 45 Notice of Appeal - Final Judgment Court Reporter: Gwen Kesinger Certificate of Readiness due by 2/8/2005 (djb, Pensacola) (Entered: 01/27/2005) |
| | | |

| | | |
|---|---|---|
| 01/28/2005 | 70 | CJA 20 as to WILLIAM J ABRACZINSKAS: Appointment of Attorney RYAN THOMAS TRUSKOSKI for William J. Abraczinskas. The CJA attorney is directed to print attached CJA-20 PDF file (also mailed to attorney). The CJA information packet should be obtained from the following Internet address: http://www.flnd.uscourts.gov/forms/Attorney/CJA2004.pdf . Signed by Judge M CASEY RODGERS on 1/13/05. (sps, Pensacola) (Entered: 01/31/2005) |
| 01/31/2005 | 69 | CJA 24 as to WILLIAM J ABRACZINSKAS: Authorization to Pay Gwen Kesinger Voucher # 050126000043. Signed by Judge M CASEY RODGERS on 01-24-05. (shr, Tallahassee) (Entered: 01/31/2005) |
| 02/14/2005 | 74 | CERTIFICATE OF READINESS re 45 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:1; Number of Transcripts:2; Number of Exhibits:1 PSI as to WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-G (djb, Pensacola) (Entered: 02/14/2005) |
| 02/25/2005 | 76 | USCA Acknowledgement 74 Certificate of Readiness as to WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-G (djb, Pensacola) (Entered: 02/28/2005) |
| 06/10/2005 | 80 | REQUEST by USCA for the record on appeal as to WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-GG (djb, Pensacola) (Entered: 06/13/2005) |
| 06/13/2005 | 81 | Certified and Transmitted Record on Appeal as to WILLIAM J ABRACZINSKAS to US Court of Appeals re 45 Notice of Appeal - Final Judgment (Attachments: # 1 Lined docket sheet)(djb, Pensacola) (Entered: 06/13/2005) |
| 06/21/2005 | 82 | USCA Acknowledgement 81 Appeal Record Sent to USCA as to WILLIAM J ABRACZINSKAS USCA Appeal # 04-16532-GG (djb, Pensacola) (Entered: 06/21/2005) |
| 10/11/2005 | | Set Deadlines as to WILLIAM J ABRACZINSKAS re 81 Appeal Record Sent to USCA: Clerk to check status of Appeal on 12/13/2005 (djb, Pensacola) (Entered: 10/11/2005) |
| 12/14/2005 | | Set Deadlines as to WILLIAM J ABRACZINSKAS re 45 Notice of Appeal - Final Judgment, 81 Appeal Record Sent to USCA Clerk to check status of Appeal on 3/14/2006 (djb, Pensacola) (Entered: 12/14/2005) |
| 12/22/2005 | | Case reopened as to WILLIAM J ABRACZINSKAS and JOSE IGNACIO MACIA (sps, Pensacola) (Entered: 03/15/2006) |
| 02/10/2006 | 87 | NOTICE OF HEARING as to WILLIAM J ABRACZINSKAS Re-sentencing set for 3/17/2006 10:00 AM in Courtroom 4 North before District Judge M CASEY RODGERS. (sps, Pensacola) (Entered: 02/10/2006) |
| 02/13/2006 | 89 | DOCKET ANNOTATION BY COURT: Re 87 Notice of Re-sentencing Hearing previously set for 3/17/06 @ 10:00 am as to WILLIAM J ABRACZINSKAS has been CANCELLED and will be reset at a later date. Co-deft Jose Macia's resentencing will take place on that date as scheduled. (sps, Pensacola) (Entered: 02/13/2006) |
| 02/28/2006 | 90 | Appeal Record Returned as to WILLIAM J ABRACZINSKAS: 45 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 03/01/2006) |
| 02/28/2006 | 91 | MANDATE of USCA (certified copy) The government concedes it cannot show that the district court's statutory Booker error is harmless; the government bears the burden of demonstrating harmless error. We are unable to say with fair assurance that Abraczinskas's sentence was not swayed substantially by the Booker error. Abraczinskas is due to be resentenced under an advisory guidelines system in accordance with Booker. VACATED and REMANDED as to WILLIAM J ABRACZINSKAS re 45 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 03/01/2006) |
| 03/01/2006 | 92 | DOCKET ANNOTATION BY COURT: as to WILLIAM J ABRACZINSKAS: Re 91 USCA Mandate, Vacated and Remanded. Case file referred to the criminal docket clerk to process remand. (djb, Pensacola) (Entered: 03/01/2006) |
| 03/02/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed Re: 91 MANDATE of USCA VACATED and REMANDED as to WILLIAM J ABRACZINSKAS re 45 Notice of Appeal - Final Judgment. File sent to chambers (sps, Pensacola) (Entered: 03/02/2006) |
| 03/08/2006 | 93 | CJA 20 as to WILLIAM J ABRACZINSKAS: Appointment of Attorney SPIRO T KYPREOS for WILLIAM J ABRACZINSKAS on 3/08/2006. The CJA attorney is directed to print attached |

| | | |
|---|---|---|
| | | CJA-20 & 24 PDF files. The CJA information packet should be obtained from the following Internet address: http://www.flnd.uscourts.gov/forms/Attorney/criminal_justice_act_worksheets_instructions.pdf (sps, Pensacola) (Entered: 03/09/2006) |
| 03/28/2006 | 100 | AMENDED NOTICE OF HEARING as to WILLIAM J ABRACZINSKAS and JOSE IGNACIO MACIA Re-Sentencing set for 4/28/2006 01:00 PM in Courtroom 4 North before District Judge M CASEY RODGERS. (sps, Pensacola) (Entered: 03/28/2006) |
| 04/12/2006 | 101 | ORDER as to WILLIAM J ABRACZINSKAS re: Defendant's Expedited Motion to Waive Appearance at Resentencing and Defendant's Emergency Pro Se Motion for Dismissal of Current Counsel. The documents shall be posted to the electronic file, but no further pleadings will be accepted unless they comply with the Northern District of Florida local rules. Signed by Judge M CASEY RODGERS on 4/12/06. cc: Deft Abraczinskas (sps, Pensacola) (Entered: 04/12/2006) |
| 04/12/2006 | 102 | EXPEDITED MOTION to Waive Appearance at Resentencing by WILLIAM J ABRACZINSKAS [filed per order #101]. (sps, Pensacola) (Entered: 04/13/2006) |
| 04/12/2006 | 103 | DEFENDANT'S EMERGENCY PRO SE MOTION for Dismissal of Current Counsel by WILLIAM J ABRACZINSKAS [filed per order #101]. (sps, Pensacola) (Entered: 04/13/2006) |
| 04/12/2006 | 104 | DOCKET ANNOTATION BY COURT: as to WILLIAM J ABRACZINSKAS: Re 103 MOTION to Dismiss filed by WILLIAM J ABRACZINSKAS. The clerk redacted SSN and birth date shown on attachments to motion. The unredacted attachments have been placed in a sealed folder and have not been scanned. (sps, Pensacola) (Entered: 04/13/2006) |
| 04/14/2006 | 105 | ORDER denying 102 Expedited Motion to Waive Appearance at Resentencing as to WILLIAM J ABRACZINSKAS (1). Signed by Judge M CASEY RODGERS on 4/14/06. [cc: Deft Abraczinskas, FCI Miami, FL] (sps, Pensacola) (Entered: 04/14/2006) |
| 04/14/2006 | 106 | NOTICE OF HEARING ON MOTION in case as to WILLIAM J ABRACZINSKAS 103 Emergency Motion for Dismissal of Current Counsel: Motion Hearing set for 4/28/2006 01:00 PM in Courtroom 4 North before District Judge M CASEY RODGERS. (sps, Pensacola) (Entered: 04/14/2006) |
| 04/18/2006 | 107 | MOTION to Withdraw as Attorney by Spiro T. Kypreos. by WILLIAM J ABRACZINSKAS. (KYPREOS, SPIRO) (Entered: 04/18/2006) |
| 04/18/2006 | | ACTION REQUIRED BY CHAMBERS: Chambers of Judge M. Casey Rodgers notified that action is needed Re: 107 MOTION to Withdraw as Attorney by Spiro T. Kypreos. (sps, Pensacola) (Entered: 04/18/2006) |
| 04/25/2006 | | Appeal Deadlines Terminated re 45 Notice of Appeal - Final Judgment filed by WILLIAM J ABRACZINSKAS (appeal closed) (djb, Pensacola) (Entered: 04/25/2006) |
| 04/28/2006 | 108 | Minute Entry for proceedings held before Judge M CASEY RODGERS : Court DENIES as moot motions to withdraw counsel [#103 & #107]. Upon Remand from 11th Circuit Court of Appeals Re-sentencing held on 4/28/2006 for WILLIAM J ABRACZINSKAS (1). Count(s) 1: Custody of BOP for 15 months to run consecutively to SD/FL Case #01-1054-CR-HUCK; supervised release 3 years, fine waived and $100 SMA. See formal judgment. (Court Reporter Gwen Kesinger.) (sps, Pensacola) (Entered: 05/01/2006) |
| 04/28/2006 | 110 | ORAL ORDER denying as moot 103 Motion to Dismiss Counsel as to WILLIAM J ABRACZINSKAS pro se and denying as moot 107 Motion to Withdraw as Attorney Spiro Kypreos. Signed by Judge M CASEY RODGERS on 4/28/06. (sps, Pensacola) (Entered: 05/01/2006) |
| 05/02/2006 | 111 | AMENDED JUDGMENT (correction of sentence on remand) as to WILLIAM J ABRACZINSKAS (1). Count(s) 1, Custody of BOP for 15 months, to run consecutive to SD/FL case #01-1054-CR-HUCK; supervised release 3 years, fine waived and $100 SMA . Signed by Judge M CASEY RODGERS on 5/02/06. (sps, Pensacola) (Entered: 05/02/2006) |
| 05/02/2006 | 🔒 112 | AMENDED STATEMENT OF REASONS (Sealed) as to WILLIAM J ABRACZINSKAS. Copies to be distributed to attorney for defendant, USAO, and USPO only . Signed by Judge M CASEY RODGERS on 5/02/06. (sps, Pensacola) (Entered: 05/02/2006) |
| 05/02/2006 | 🔒 | (Court only) ***Criminal Case Terminated (sps, Pensacola) (Entered: 05/04/2006) |

| | | |
|---|---|---|
| 05/09/2006 | 115 | NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS re 111 Amended Judgment. (Abraczinskas has an appointed attorney) (djb, Pensacola) Additional attachment(s) added on 5/10/2006 (djb, Pensacola). (Entered: 05/10/2006) |
| 05/11/2006 | 116 | NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS Filing fee $ 455. (KYPREOS, SPIRO) (Entered: 05/11/2006) |
| 05/12/2006 | 117 | Transmission of Notice of Appeal and Docket Sheet as to WILLIAM J ABRACZINSKAS to US Court of Appeals re 116 Notice of Appeal - Final Judgment, 115 Notice of Appeal - Final Judgment (djb, Pensacola) (Entered: 05/12/2006) |
| 05/22/2006 | 123 | USCA Case Number 06-12811-C for 116 NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS. (djb, Pensacola) (Entered: 05/23/2006) |
| 05/22/2006 | 124 | USCA PROCEDURAL LETTER re: 116 NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS USCA Appeal # 06-12811-C (djb, Pensacola) (Entered: 05/23/2006) |
| 06/02/2006 | 128 | TRANSCRIPT REQUEST by WILLIAM J ABRACZINSKAS for proceedings held on 4/28/2006 before Judge M. Casey Rodgers (djb, Pensacola) (Entered: 06/02/2006) |
| 06/19/2006 | 129 | TRANSCRIPT Acknowledgement - Part II re 116 Notice of Appeal - Final Judgment Court Reporter:Gwen Kesinger Transcript due by 7/8/2006. (djb, Pensacola) (Entered: 06/20/2006) |
| 06/27/2006 | 130 | CJA 20 as to WILLIAM J ABRACZINSKAS: Authorization to Pay Spiro Kypreos. Voucher # 0606150000132.. Signed by Judge M CASEY RODGERS on 6/19/06. (mlz, Tallahassee) (Entered: 06/27/2006) |
| 07/12/2006 | 134 | NOTICE TO ATTORNEYS OF TRANSCRIPT REDACTION REQUIREMENTS regarding the proceeding held on 4/28/05 before Judge M. Casey Rodgers by Court Reporter Gwen Kesinger as to defendant WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA: <br><br> A transcript of a court proceeding is available for viewing at the Office of the Clerk of Court in the above-captioned case. The parties have **five (5) days** to file with the clerk a **Notice of Approval to File Transcript** or a **Notice of Intent to Request Redaction** of this transcript. Any party needing to purchase a copy of the transcript to review for redaction purposes may purchase it from the court reporter. <br><br> Applicable deadlines under 11th Cir. R. 12-1 will be calculated from the date of this notice. (Notice of Intent to Request Redaction or Notice of Approval to File Transcript due by 7/19/2006) (sps, Pensacola) (Entered: 07/12/2006) |
| 07/12/2006 | 137 | NOTICE of Filing Transcript (Part III) by Court Reporter in District Court - re 116 Notice of Appeal - Final Judgment Certificate of Readiness due by 7/26/2006 (sps, Pensacola) (Entered: 07/14/2006) |
| 07/13/2006 | 135 | NOTICE of Approval to File Transcript as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA- (BUTLER, LEAH) (Entered: 07/13/2006) |
| 07/13/2006 | 136 | NOTICE of Approval to File Transcript as to WILLIAM J ABRACZINSKAS- (KYPREOS, SPIRO) (Entered: 07/13/2006) |
| 07/19/2006 | 138 | NOTICE of Approval to File Transcript as to WILLIAM J ABRACZINSKAS- *Corrected* (KYPREOS, SPIRO) (Entered: 07/19/2006) |
| 07/28/2006 | 139 | CJA 24 as to WILLIAM J ABRACZINSKAS: Authorization to Pay Gwen Kesinger Voucher # 06717000029.. Signed by Judge M CASEY RODGERS on 7/18/06. (mlz, Tallahassee) (Entered: 07/28/2006) |
| 08/02/2006 | 140 | CERTIFICATE OF READINESS by WILLIAM J ABRACZINSKAS re 116 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:2; Number of Transcripts:1; Number of Exhibits:2. Set Deadlines as to WILLIAM J ABRACZINSKAS Clerk to check status of Appeal on 11/2/2006 (djb, Pensacola) (Entered: 08/02/2006) |
| 08/02/2006 | 🔒 | (Court only) ***Terminate Deadlines as to WILLIAM J ABRACZINSKAS, JOSE IGNACIO MACIA: (djb, Pensacola) (Entered: 08/02/2006) |
| 08/03/2006 | 142 | TRANSCRIPT of RESENTENCING filed as to WILLIAM J ABRACZINSKAS for dates of 4-28-06 before Judge M. Casey Rodgers, re 116 Notice of Appeal - Final Judgment Court Reporter: |

|            |     |                                                                                                                                                                                                                                                                         |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |     | Gwen B. Kesinger. (gk, Pensacola) (Entered: 08/03/2006)                                                                                                                                                                                                                 |
| 08/03/2006 |     | DOCUMENT DELETED - AMENDED CERTIFICATE OF READINESS as to WILLIAM J ABRACZINSKAS and JOSE IGNACIO MACIA, re 116 Notice of Appeal - Amended Judgment, 118 Notice of Appeal - Amended Judgment.<br><br>Amended COR entered in error as to William J Abraczinskas and Jose Ignacio Macia. Modified on 8/14/2006 (djb, Pensacola). (Entered: 08/03/2006) |
| 08/14/2006 | 144 | SECOND AMENDED CERTIFICATE OF READINESS as to WILLIAM J ABRACZINSKAS re 116 Notice of Appeal - Final Judgment Number of Pleadings/Volumes:2; Number of Transcripts:1; Number of Exhibits:2. USCA #06-12811-C (djb, Pensacola) (Entered: 08/14/2006)                      |
| 08/14/2006 | 145 | USCA Acknowledgement 140 Certificate of Readiness as to WILLIAM J ABRACZINSKAS USCA Appeal # 06-12811-C (djb, Pensacola) (Entered: 08/14/2006)                                                                                                                           |
| 08/21/2006 | 147 | USCA Acknowledgement 144 Second Amended Certificate of Readiness as to WILLIAM J ABRACZINSKAS USCA Appeal # 06-12811-CC (djb, Pensacola) (Entered: 08/22/2006)                                                                                                           |
| 08/28/2006 | 148 | REQUEST by USCA for the record on appeal re: 06-12811-C for 116 NOTICE OF APPEAL by WILLIAM J ABRACZINSKAS (djb, Pensacola) (Entered: 08/28/2006)                                                                                                                        |
| 08/29/2006 | 149 | Certified and Transmitted Record on Appeal as to WILLIAM J ABRACZINSKAS to US Court of Appeals re 116 Notice of Appeal - Final Judgment (Attachments: # 1 Lined docket sheet)(djb, Pensacola) (Entered: 08/29/2006)                                                      |
| 09/01/2006 | 150 | USCA Acknowledgement 149 Appeal Record Sent to USCA as to WILLIAM J ABRACZINSKAS USCA Appeal # 06-12811-CC (djb, Pensacola) (Entered: 09/05/2006)                                                                                                                        |
| 12/08/2006 | 154 | Appeal Record Returned as to WILLIAM J ABRACZINSKAS: 2 Volume(s) of pleadings (2nd Vol. Sealed doc. #114); 1 Volume of transcripts; 2 Exhibits: 1 folder (prior appeal record); 1 PSI (djb) (Entered: 12/11/2006)                                                        |
| 12/08/2006 | 155 | MANDATE of USCA (certified copy) Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Abraczinskas's conviction and sentence are AFFIRMED. re 116 Notice of Appeal - Final Judgment by WILLIAM J ABRACZINSKAS (djb) (Entered: 12/11/2006) |
| 08/06/2012 | 160 | ORDER/TRANSFER OF JURISDICTION as to WILLIAM J ABRACZINSKAS re: transfer jurisdiction of the supervised releasee to the Southern District of Florida - West Palm Beach Division. Signed by CHIEF JUDGE M CASEY RODGERS on 6/27/2012 (and signed by District Judge Donald Middlebrooks on 8/6/2012). (sps) (Entered: 08/16/2012) |
| 08/17/2012 | 161 | Supervised Release Jurisdiction Transferred to Southern District of Florida - West Palm Beach Division as to WILLIAM J ABRACZINSKAS (no case # assigned in that court). Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, order of transfer and docket sheet. [cc: USPO] (sps) (Entered: 08/17/2012) |

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS

                                   CASE NO. 3:04cr80-001/MCR

WILLIAM J. ABRACZINSKAS


## NOTICE OF TRANSFER OUT OF DISTRICT

**To:**   Clerk, United States District Court
        Paul G. Rogers Federal Building and
        United States Courthouse
        701 Clematis Street, Room 402
        West Palm Beach FL 33401


The above-styled case is being transferred to your district by Judge M. Casey Rodgers. Attached are certified copies of the docket, the order of transfer, Indictment and Judgment in a Criminal Case.

Please acknowledge receipt on the enclosed copy of this notice of transmittal.

                                          JESSICA J. LYUBLANOVITS,
                                          CLERK OF COURT


 August 17, 2012                         *s/ Susan Simms*
DATE:                                    Deputy Clerk: Susan Simms

cc: US Probation


Acknowledgment:            _____

Date received in your district:    _____

Your Case No.:               _____